LAWRENCE NELSON, as Assignee of SAUL KIRSCHNER, Respondent, *v.* AMERICAN CAN COMPANY, Appellant.

Argued November 25, 1946; decided January 9, 1947.

*Robert H. O'Brien* and *David S. Junker* for appellant.
*George J. Malinsky* and *Irwin S. Rever* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.